```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION

UNITED STATES OF AMERICA,       *
                                *
vs.                             *  CRIMINAL NO. 20-00060-CG
                                *
EARNEST JONATHAN LAW,           *
                                *
     Defendants.                *
```

## ORDER

A pretrial conference was conducted, via telephone, on April 14, 2020, before the undersigned Magistrate Judge. Conference participants included Lawanda O'Bannon, counsel for Defendant Earnest Jonathan Law, and Assistant U.S. Attorney Justin Roller, counsel for the Government.

At the pretrial conference, Ms. O'Bannon renewed her motion to continue. (Doc. 24). Ms. O'Bannon reported that the recent COVID-19 pandemic has created a hardship for her to visit or talk privately with her client to discuss the plea agreement received from the Government and other sensitive defense matters. Ms. O'Bannon stated that additional time is needed to make arrangements with the jail for secure, private communications with her client. Counsel for the Government voiced no opposition to the continuance request.

Upon consideration, the motion is **GRANTED**. The undersigned concludes that, under the circumstances, the ends of justice served

by continuing this action for another term outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A).  The impact of the COVID-19 pandemic is well-documented and, in order to lessen the spread of the disease, a number of measures have been instituted in this court, including the delay of criminal matters. See Miscellaneous Action No. 20-mc-1000-KD (Doc. 5)(S.D. AL. March 30, 2020)(DuBose, C.J.). Further, a delay of the trial of this case so that counsel can make arrangements to communicate privately with her client to discuss the plea agreement received from the Government and other sensitive matters critical to his defense is reasonable under the circumstances.  Thus, this case is hereby **CONTINUED** to the June 2020 criminal term, with jury selection commencing on **June 1, 2020.** For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

Counsel for Defendant shall file, on or before **April 24, 2020,** a Speedy Trial Waiver executed by Defendant and his/her counsel. The waiver shall include language which reflects that (A) counsel has discussed the reasons for seeking a continuance with Defendant; (B) Defendant understands that the time requested in the motion to continue trial of this matter will be excluded from any calculations of time under the Speedy Trial Act; and (C) with this understanding and knowledge, Defendant agrees to a continuance of this action to

the June trial term.

**DONE** this **15th** day of **April, 2020.**

                                                **/s/ SONJA F. BIVINS**
                                      **UNITED STATES MAGISTRATE JUDGE**