IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| vs. | * CR NO. 20-0060-CG-N |
| ERNEST J. LAW | * |
| Defendant. | * |

ORDER

This matter is before the undersigned on Defendant's motion to continue the trial of this matter from its current June 2020 setting. As grounds for the motion counsel states, in sum, that due to the restrictions imposed as a result of the COVID-19 pandemic she has been unable to consult in person or otherwise private conversation with her client, who is currently housed at the Baldwin County Jail. Moreover, counsel notes that there remains outstanding discovery that she anticipates receiving from the United States. AUSA Justin Roller contacted the court and advised that the United States has no objection to the requested continuance.

The undersigned finds that the ends of justice served by continuing this action to the next criminal trial term outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C.A. § 3161(h)(7)(A). The continuance is warranted to enable counsel additional time to meet/speak with her client, to receive and review outstanding discovery and to adequately prepare this case for trial or other resolution. 18 U.S.C.A. §3161(h)(7)(A).

Under these circumstances, and upon consideration, the unopposed motion to continue is **granted** and this case is hereby CONTINUED to the **July 2020** criminal term. For purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A). This continuance is contingent on Defendant, along with his counsel, filing a Waiver of Speedy Trial by May 21, 2020.

The Clerk is directed to refer this matter to Magistrate Judge Sonja Bivins to set a pretrial conference in **June 2020.**

ORDERED this the 11th day of May 2020.

/s/ Katherine P. Nelson
**UNITED STATES MAGISTRATE JUDGE**